No. 69132.—Winter, Wolff & Co., Inc. *v.* United States, protest 62/10305 (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issue is similar in all material respects to that involved in *Amerlux Steel Products Corp. et al.* v. *United States* (52 Cust. Ct. 83, C.D. 2441), wherein it was held that the galvanization or coating of the imported wire fencing there involved should not be removed in determining the diameter of the wire, and that it was not proper to remove the galvanized material from the subject merchandise in determining its diameter, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 15, 1965

No. 69133.—John L. Westland & Son, Inc., a/c Birch Plywood Sales *v.* United States, protests 60/22211, 60/31040, and 60/31041 (Los Angeles).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of so-called mixed board the same in all material respects as that the subject of Abstract 68047, the claim of the plaintiff was sustained.